UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:03-00210-1
) CHIEF JUDGE HAYNES
)
GREGORY WILLIAM BROWN )

## AGREED ORDER

Pending before the Court is a request by the United States Probation Office to modify the terms and conditions of Mr. Brown's supervised release. (D.E. 43).

The parties have agreed with the express concurrence of the defendant that the terms and conditions of Mr. Brown's supervised release ordered by this Court on July 15, 2005, be MODIFIED as follows:

The defendant shall participate in a program of drug testing and substance abuse treatment which will include out-patient and in-patient treatment as deemed necessary by the United States Probation Office for a period not to exceed 30 days, and shall be followed by placement into a residential reentry center (RRC) program or similar program for a period of up to 180 days. Mr. Brown shall remain in said program or facility until discharged satisfactorily as deemed necessary by the United States Probation Office. All other terms and conditions of the dependant's supervised release shall remain in full force and effect.

IT IS SO ORDERED.

ENTERED this _17th_ day of _August_, 2012.

WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE