PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Gregory William Brown          Case Number: 3:03-00210

Name of Judicial Officer: The Honorable William J. Haynes, Jr., Chief U. S. District Judge

Date of Original Sentence: July 15, 2005

Original Offense: 18 U.S.C. § 2113(a), Bank Robbery.

Original Sentence: 120 months' custody to be followed by 3 years' supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: June 29, 2012

Assistant U.S. Attorney: Phillip H. Wehby     Defense Attorney: Ronald C. Small

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant

Considered this 14th day of September, 2012, and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted

_____
Augustine A. Omelogu
U.S. Probation Officer

Place     Nashville, Tennessee

Date     September 14, 2012

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **Shall not purchase, possess, use, distribute, or administer any controlled Substance:**<br><br>On August 6, 2012, the offender submitted urine sample which tested positive for cocaine. On September 3, 2012, a sweatpatch applied on offender on August 21, 2012, tested positive for cocaine. |
| 2. | **The defendant shall not commit another federal, state, or local crime:**<br><br>On August 3, 2012, at 3:52am, Metro Nashville Police Department issued a citation to the offender for Driving on a Revoked License.<br><br>On August 28, 2012, a hearing on the charge was held, but was continued to November 7, 2012. |

## Compliance with Supervision Conditions and Prior Interventions:

On August 2, 2012, the probation officer filed a petition to modify the offender's condition or term of supervision based on drug use violation (Document 43). On August 17, 2012, the Court approved Agreed Order filed by defense counsel in consultation with Government (Document 45). The Order requires the offender to participate in substance abuse testing and treatment which will include outpatient and inpatient treatment not to exceed 30 days and shall be followed by placement into RRC for up to 180 days.

The offender is currently on an intensive drug testing regimen, pending an assessment and placement into substance abuse treatment program on September 14th. He will be placed into RRC when bed space becomes available. The probation officer notes urine samples submitted by offender since September 4, 2012, have been negative for illicit drugs. The offender has also obtained employment through Elwood Staffing, beginning September 5th, earning $9.00 per hour.

## U.S. Probation Officer Recommendation:

Based on the seemingly positive developments/progress, the probation officer recommends no action against the offender at this time.

The probation officer has discussed this matter with AUSA Phillip H. Wehby, and he indicated no objection.

Approved: /s/ Kenneth Parham
Kenneth Parham
Supervisory U.S. Probation Officer